IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JOSEPH L. HOWARD, | ) |
| Petitioner, | ) |
| v. | ) CV 108-132 |
| BRIAN OWENS, et al., | ) |
| Respondents. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's motion for summary judgment (doc. no. 5) is **MOOT**, Respondents' motions to dismiss Thurbert Baker and the petition (doc. nos. 11, 12) are **GRANTED**, Thurbert Baker is **DISMISSED** as an improper party Respondent, this petition filed pursuant to § 2254 is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 16th day of July, 2009, in Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE